UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WREN,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>    Respondent. | No. 2:10-cv-1924 FCD KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se. This petition for writ of habeas corpus was dismissed on January 5, 2011, and petitioner did not file a timely appeal.[1] Since the dismissal of this action, petitioner has filed multiple documents bearing the instant case number, as well as other case numbers. Petitioner is advised that this action is closed, and he should refrain from filing further documents in this action. In any event, documents filed by petitioner after the closing date will be disregarded. No orders will issue in response to future filings.

Dated: April 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wren1924.158

---

[1] On February 28, 2019, the Court of Appeals for the Ninth Circuit denied petitioner's request for a certificate of appealability because his notice of appeal was not timely filed. (ECF No. 29.)